UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SOHAM SHAH,

                    Plaintiff,

-against-    24 **CIVIL** 6925 (RA)

**JUDGMENT**

NETFLIX, INC., NETFLIX WORLDWIDE
ENTERTAINMENT, LLC, and HWANG DONG-
HYUK,

                    Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2025, Defendants' Rule 12(b)(6) motion to dismiss is granted and the complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
      September 30, 2025

                                             **TAMMI M. HELLWIG**

                                                **Clerk of Court**

                    **BY:**

                                                **Deputy Clerk**